**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 11, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00454-CV

## TEXAS LA FIESTA AUTO SALES, LLC AND PATRICIA TUBBS, Appellants

## V.

## WILLIAM BELK, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2010-23318**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed May 11, 2015. On July 28, 2015, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.